UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LEE JONES, #235079, A/K/A        )
WALTER lee JONES-BEY,                   )
        Plaintiff,                     )
                                        )       No. 1:09-cv-633
-v-                                      )
                                        )       HONORABLE PAUL L. MALONEY
ANN SMOLINSKI,                           )
        Defendant.                     )
_____)

## **JUDGMENT**

     Having denied all relief, pursuant to Fed. R. Civ. P., **JUDGMENT** enters in favor of

Defendant and against Plaintiff.

     **THIS ACTION IS TERMINATED.**

     **IT IS SO ORDERED.**


Date: August 30 , 2011                       /s/ Paul L. Maloney   
                                           Paul L. Maloney
                                           Chief, United States District Judge